1UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERIC TEAGUE | CIVIL ACTION NO. 6:16-CV-0187 |
| VS. | SECTION P |
| | JUDGE REBECCA DOHERTY |
| E.J. MELANCON | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION

Pro se petitioner, Eric Teague, filed the instant civil rights complaint pursuant to 42 U.S.C. §19893 on February 10, 2016, while confined at the St. Martin Parish Jail, complaining of that facility's conditions. On February 12, 2016, the undersigned issued a Memorandum Order directing Plaintiff to either submit a $400 filing fee or complete the application to proceed *in forma pauperis* on the approved forms, copies of which were provided. That order directed the plaintiff to amend his complaint within thirty (30) days to correct the deficiency and advised that failure to comply would result in the pleadings being stricken from the record. [Rec. Doc. 3]

Plaintiff has since filed three (3) letters into the record to supplement his claim [Rec. Docs. 4, 5 & 6], yet he has failed to submit the proper forms to proceed in forma pauperis or submit the required filing fee. Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "For failure of the plaintiff to prosecute or to comply with ... any order of court..." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R.Co.*, 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1388-89, 8 L.Ed.2d 734 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending

cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988).

Therefore,

**IT IS RECOMMENDED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within ten (10) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.**  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

In Chambers at Lafayette, Louisiana, this 19th day of April, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

COPY SENT:

DATE:  4/19/2016
BY:    EFA
TO:    RFD

cg